IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                          PLAINTIFF

v.                                        Case No. 6:23-cv-6073

JOHN DOE OFFICER (Kitchen,
Omega Technical Violator Center)                                                                DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed August 2, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that Plaintiff's complaint (ECF No. 1) be dismissed for failure to comply with the Court's Local Rules and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 4th day of October, 2023.

                                                     /s/ Susan O. Hickey
                                                     Susan O. Hickey
                                                     Chief United States District Judge